# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY K. PLEASANT, | ) | 1:13cv00329-LJO-GSA |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S REQUEST |
| Plaintiff, | ) | FOR COURT DOCUMENTS, IN PART |
| | ) | |
| v. | ) | (Doc. 7) |
| | ) | |
| | ) | |
| MICHELLE TURNER; R. RASMUSSEN; and MATTHEW SERRATO | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pro Se Plaintiff Terry Pleasant ("Plaintiff") initiated this civil action on March 7, 2013. On April 15, 2013, Plaintiff filed a motion for "re-service" of Court's Docket Document No.2; a form to consent to, or decline, the jurisdiction of a magistrate judge; a copy of his filed complaint; and a copy of the Local Rules of this Court.

Plaintiff is advised that the Court cannot provide copying and mailing services for any party, including a plaintiff granted *in forma pauperis* status. As explained in the Informational Order issued by this Court on March 29, 2013 and provided to Plaintiff, copies of documents from the Court's docket may be obtained at a cost of fifty cents per page. (Doc. 5, ¶ 3). Further, if a party requires a file-stamped copy of any document filed with the Court, the party must, at the time of filing, submit an original and two conformed copies, as well as a pre-addressed, postage-paid envelope. The original and one conformed copy is required for Court use; the

second copy will be file-stamped and returned to the filing party in the envelope provided.  (Doc. 5 ¶ 3).

In the present instance only, Plaintiff's motion for specific documents is granted in part. The Clerk of this Court is hereby directed to provide the following documents to Plaintiff:

(1)  a copy of the docket sheet in this matter;[1]

(2)  a copy of the filed complaint in this matter (excluding exhibits); and

(3)  a form for accepting/declining a magistrate judge's jurisdiction over the matter.

Plaintiff's request for applicable Local Rules of this Court is denied without prejudice. The Court will screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2), in due course. Upon a finding by the Court that the complaint states cognizable claims and is appropriate for service on defendants, Plaintiff may renew his request for a copy of applicable Local Rules.

IT IS SO ORDERED.

Dated:     **April 29, 2013**              /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's request for Document 2 appears to be erroneous, as Document 2 is simply the civil cover sheet provided by Plaintiff at the time of filing of the complaint.  The Court will therefore provide Plaintiff, for purposes of clarification, a copy of the docket sheet for this case.

2