# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY K. PLEASANT,<br><br>         Plaintiff,<br><br>    v.<br><br>MICHELLE TURNER, RYAN RASMUSSEN, and MATTHEW SERRATTO,<br><br>         Defendants. | 13-cv-329 LJO-GSA<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>**(Doc. 11)** |

Plaintiff Terry K. Pleasant ("Plaintiff"), proceeding pro se and in forma pauperis, filed a complaint in this action on March 7, 2013. The Court conducted an initial review of Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). (Doc. 10). The Court dismissed Plaintiff's complaint but granted leave to amend. Plaintiff's First Amended Complaint was due on November 28, 2013. Plaintiff has filed a request for a 60-day extension of time for filing a First Amended Complaint. (Doc. 11). Upon review, the Court grants Plaintiff's request for an extension of time. If Plaintiff intends to proceed with this case in federal court, Plaintiff shall file a First Amended Complaint on or before January 27, 2014. Plaintiff is advised that failure to file a First Amended Complaint by the specified deadline will result in the dismissal of this action. Plaintiff is further cautioned that future requests for extensions of time for filing a First Amended Complaint will be

1

looked upon with disfavor, in light of the granting of this lengthy extension as well as the jurisdictional concerns regarding Plaintiff's claims outlined in the Court's previous order regarding the legal sufficiency of Plaintiff's initial complaint.  (Doc. 10).

IT IS SO ORDERED.

Dated:   **November 22, 2013**                    **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE