# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY K. PLEASANT,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE TURNER, DOMINIC LARA, RYAN RASMUSSEN, PAUL LYON, and MATTHEW SERRATTO,<br><br>Defendants. | **1:13-cv-00329-LJO-GSA**<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME**<br><br>(ECF No. 19) |

On February 13, 2015, the Court issued Findings and Recommendations recommending that Plaintiff Terry Pleasant's ("Plaintiff") First Amended Complaint be dismissed without leave to amend. ECF No. 16. Any objections to the Findings and Recommendations were to be filed no later than March 19, 2015. *Id*. On March 16, 2015, Plaintiff requested and received an extension of time to file his objections. ECF No. 18. On April 17, 2015, Plaintiff submitted a second request for an extension of time to the deadline to file his objections, explaining that he has had difficulty accessing the law library at his correctional facility. Plaintiff's explanation for his request is satisfactory and the request is GRANTED. Accordingly, Plaintiff may file any written objections to the Findings and Recommendations no later than **May 20, 2015**.

IT IS SO ORDERED.

Dated: **April 23, 2015**         **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28