UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY K. PLEASANT,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**MICHELLE TURNER, et al.,**<br><br>        **Defendants.** | 1:13-cv-329-LJO-GSA<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 21)** |

On April 23, 2015, Plaintiff filed a "motion to dismiss action in its entirety without prejudice" under Fed. R. Civ. P. 41. Doc. 21 at 1 (emphasis omitted). Plaintiff requests that the Court issue an order dismissing the complaint without prejudice.[1]

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), the Court DISMISSES the complaint without prejudice.

**IT IS SO ORDERED**
**Dated: April 27, 2015**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**

---

[1] The Court construes Plaintiff's request to have been brought under Fed. R. Civ. P. 41(a)(1)(A)(i).